IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-mc-00127-JLK-MEH

JEFFREY T. MAEHR,

    Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE,
GINGER L. WRAY, and,
WELLS FARGO BANK, NA,

    Respondents.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 29, 2015**.

    Before the Court is Petitioner's Motion for Court Filed Document Access [filed June 22, 2015; docket #7]. Petitioner asserts in the motion that he has provided Respondents faxed copies of the Motion to Quash (minus the exhibits) and all Court documents received by him to date. To the extent this is true and unless Respondents request otherwise, the Court finds this delivery sufficient as Respondents are likely able to access all of the documents electronically through the Court's case management system. Accordingly, the motion is **denied**.