IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **15-mc-00127-JLK**

**JEFFREY T. MAEHR,**

        Petitioner,

v.

**COMMISSIONER OF INTERNAL REVENUE;
GINGER L. WRAY, Revenue Officer;
WELLS FARGO BANK, NA;**

        Respondents.

## ORDER DENYING RELIEF

Kane, J.

The Petitioner has filed a document entitled "Reply To Order On Motion To Quash Third Party Summons (and) Motion For Recusal & Motion To Reconsider Evidence Notice Of Default" (Doc. 12). There is, however, no matter pending upon which the requested action could be taken. On July 24, 2015, Magistrate Judge Hegarty ruled that "because Petitioner has failed to demonstrate he has overcome the presumptive immunity of the United States, the Petition to Quash Third Party Summons filed by the Petitioner, Jeffrey T. Maehr [filed June 10, 2015: docket #1] is **dismissed** for lack of subject matter jurisdiction." Because this court does not have jurisdiction, there is nothing pending upon which it can enter any orders.

As Magistrate Judge Hegarty correctly ruled, the Petitioner failed to comply with statutory notice requirements. He also explained that according to statute, Internal Revenue Code, Section 7609 is a conditional waiver of the United States' sovereign immunity and, therefore, courts must construe its requirements strictly. He correctly cites *Wade v. Internal Revenue Serv.,* 208 F.3d 228,

2000 WL 293688, *1 (10th Cir. 2000) (unpublished) for the proposition that "Failure to comply with Sec. 7609 (b)(2)(B) is a jurisdictional defect." The Petitioner moves for Magistrate Judge Hegarty's recusal alleging prejudice because he applied the law strictly and did not permit Petitioner to have his evidence heard despite Petitioner's good faith in endeavoring to comply with the statutory requirements. That is precisely what Magistrate Judge Hegarty was obligated to do. There is no basis for disqualifying a judicial officer because he correctly determines the court is without jurisdiction. The remedy, if any, is appeal.

Because this court is without jurisdiction, the motions (Doc. 12) are DENIED.

Dated this 6th day of August, 2015.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court