IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Action No. **15-mc-00127-JLK**

**JEFFREY T. MAEHR,**

       Petitioner,

v.

**COMMISSIONER OF INTERNAL REVENUE;
GINGER L. WRAY, Revenue Officer;
WELLS FARGO BANK, NA;**

       Respondents.

**ORDER**

Kane, J.

This case was terminated July 24, 2015. This court is without jurisdiction. The Clerk of Court is ORDERED to refuse to file any further pleadings, requests, petitions, or other correspondence in this case. The civil action is dismissed with prejudice and held for naught.

Dated this 17th day of August, 2015.

BY THE COURT:

*s/John L. Kane*
Senior U.S. District Court Judge